UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARIS ROCK**                                                                                     **PLAINTIFF**

**V.**                               **NO. 3:18-CV-172-BD**

**ANDREW SAUL, Commissioner**
**Social Security Administration**                                                        **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 28th day of January, 2020.

_____
UNITED STATES MAGISTRATE JUDGE